UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ELSMITH M. HIGINIO,<br><br>          Plaintiff,<br><br>          v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of the Social<br>Security Administration,<br><br>          Defendant. | Case No. EDCV 12-1820 AJW<br><br>**J U D G M E N T** |

**IT IS ADJUDGED** that the Commissioner's decision is **affirmed**.

January 7, 2014

_____
ANDREW J. WISTRICH
United States Magistrate Judge